```
                UNITED STATES DISTRICT COURT
                 MIDDLE DISTRICT OF TENNESSEE
                      NASHVILLE DIVISION
```

EBONEE HAMILTON,                )
                                )
        Plaintiff               )
                                )
v.                              )    No.  3:13-0830
                                )    Judge Sharp/Brown
DELAWARE NORTH COMPANIES TRAVEL )    **Jury Demand**
HOSPITALITY SERVICES, INC.,     )
                                )
        Defendant               )

## O R D E R

The parties have reached settlement terms in this matter and the initial case management conference set for Monday, January 13, 2014, is hereby **CANCELED.**

The parties are requested to submit an order of dismissal to Judge Sharp to dismiss this case with prejudice. The necessary paperwork should be submitted within **30 days** of the entry of this order.

It appears nothing further remains to be done by the undersigned Magistrate Judge and the **Clerk** is directed to return the file to Judge Sharp.

It is so **ORDERED.**

/s/   Joe B. Brown
JOE B. BROWN
United States Magistrate Judge