UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| EBONEE HAMILTON, | ) | |
| Plaintiff | ) ) ) | |
| v. | ) ) | No. 3:13-0830 Judge Sharp/Brown |
| DELAWARE NORTH COMPANIES TRAVEL HOSPITALITY SERVICES, INC., | ) ) ) | **Jury Demand** |
| Defendant | ) | |

### **O R D E R**

The parties have reached settlement terms in this matter and the initial case management conference set for Monday, January 13, 2014, is hereby **CANCELED.**

The parties are requested to submit an order of dismissal to Judge Sharp to dismiss this case with prejudice. The necessary paperwork should be submitted within **30 days** of the entry of this order.

It appears nothing further remains to be done by the undersigned Magistrate Judge and the **Clerk** is directed to return the file to Judge Sharp.

It is so **ORDERED.**

/s/ Joe B. Brown
JOE B. BROWN
United States Magistrate Judge